```
CLERK'S Cert of Transmittal and of t/following docs:
          10/20/00 1  NOTICE OF REMOVAL (no process) by defendant Western
Systems  Inc., defendant Guam Cable TV, defendant Southern Media, Inc.,
defendant Holmes Mgt. Co., defendant Holmes Cliff Corp., defendant Holmes
Enterprises, defendant Lee M. Holmes, defendant Joan S. Holmes from San
Francisco Superior Court, Case Number: 315178 ; Summons, Complaint, Fee
status pd entered on 10/20/00 in the amount of $ 150 Receipt No. 3315487)
[3:00-cv--03883] (fb) [Entry date 10/20/00]

10/20/00 2  ORDER RE COURT PROCEDURE and SCHEDULE (ADR Multi-Option) by Judge
Phyllis J. Hamilton : counsels' case management statement to be filed by
2/12/01 ; initial case management conference will be held 2:30 2/22/01 . (cc:
all counsel) [3:00-cv-03883] (fb) [Entry date 10/20/00]

10/23/00 3  NOTICE OF MOTION AND MOTION before Judge Phyllis J. Hamilton by
defendant Western Systems Inc., defendant Guam Cable TV, defendant Southern
Media, Inc., defendant Holmes Mgt. Co., defendant Holmes Enterprises,
defendant Lee M. Holmes, defendant Joan S. Holmes, defendant Holmes Cliff
Corp. to dismiss case with Notice set for 11/29/00 at 9:00 a.m.
[3:00-cv-03883] (fb) [Entry date 10/24/00]

10/23/00 â€"  RECEIVED Proposed Order ( defendant Western Systems Inc.,
defendant Guam Cable TV, defendant Southern Media, Inc., defendant Holmes
Mgt. Co., defendant Holmes Enterprises, defendant Lee M. Holmes, defendant
Joan S. Holmes, defendant Holmes Cliff Corp. ) re: motion to dismiss case
[3-11 [3:00-cv-03883] (fb) [Entry date 10/24/00]

10/23/00 4  MEMORANDUM of points and authorities by defendant Western Systems
Inc., defendant Guam Cable TV, defendant Southern Media, Inc., defendant
Holmes Mgt. Co., defendant Holmes Enterprises, defendant Lee M. Holmes,
defendant Joan S. Holmes, defendant Holmes Cliff Corp. motion to dismiss case
[3-11 [3:00-cv-03883] (fb) [Entry date 10/24/00]

10/23/00 5  PROOF OF SERVICE by defendant Western Systems Inc., defendant
Guam Cable TV, defendant Southern Media, Inc., defendant Holmes Mgt. Co.,
defendant Holmes Enterprises, defendant Lee M. Holmes, defendant Joan S.
Holmes, defendant Holmes Cliff Corp. of memorandum [4-11 , order received
[0-01, motion to dismiss case [3-11 [3:00-cv-03883] (fb) [Entry date
10/24/00]

11/8/00 6  MEMORANDUM of points and authorities by plaintiff Cyril & Crowley
LLP in opposition to motion to dismiss case [3-11 [3:00-cv-03883] (fb) [Entry
date 11/09/00]

11/8/00 7  DECLARATION by John W. Crowley on behalf of plaintiff Cyril &
Crowley LLP re opposition memorandum [6-11 [3:00-cv-03883] (fb) [Entry date
11/09/00]

1/8/00 8  DECLARATION by Robert B. Stringer on behalf of Plaintiff Cyril &
Crowley LLP re opposition memorandum [6-li [3:00-cv-03883i (fb) [Entry date
11/09/00]

11/8/00 9  PROOF OF SERVICE by Plaintiff Cyril & Crowley LLP of declaration
[8-li , declaration [7-li , opposition memorandum [6-li [3:00-cv-03883] (fb)
[Entry date 11/09/00]

11/15/00 10  MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY by defendant
Western Systems Inc., defendant Guam Cable TV, defendant Southern Media,
Inc., defendant Holmes Mgt. Co., defendant Holmes Enterprises, defendant Lee
M. Holmes, defendant Joan S.Holmes, defendant Holmes Cliff Corp. to
```

opposition to motion to dismiss case [3-li [3:00-cv-03883] (fb) [Entry date 11/17/00]

11/15/00 â€" RECEIVED confidential settlement agreement and release submitted by defendant Western Systems Inc., defendant Guam Cable TV, defendant Southern Media, Inc., defendant Holmes Mgt. Co., defendant Holmes Enterprises, defendant Lee M. Holmes, defendant Joan S. Holmes, defendant Holmes Cliff Corp. FILED UNDER SEAL [3:00-cv-03883] (fb) [Entry date 11/20/00]

11/16/00 11  APPLICATION before Judge Phyllis J. Hamilton by defendant Western Systems Inc., defendant Guam Cable TV, defendant Southern Media, Inc., defendant Holmes Mgt. Co., defendant Holmes Enterprises, defendant Lee M. Holmes, defendant Joan S.Holmes, defendant Holmes Cliff Corp. for attorney John R.Ferguson to appear pro hac vice . Fee status paid. [3:00-cv-03883] (fb) [Entry date 11/17/00]

11/16/00 12  MOTION before Judge Phyllis J. Hamilton by defendant Western Systems Inc., defendant Guam Cable TV, defendant Southern Media, Inc., defendant Holmes Mgt. Co., defendant Holmes Enterprises, defendant Lee M. Holmes, defendant Joan S.Holmes, defendant Holmes Cliff Corp. for approval of pro hac vice application of John R. Ferguson [3:00-cv-03883] (fb) [Entry date 11/17/00]

11/16/00 â€" RECEIVED Proposed Order ( defendant Western Systems Inc., defendant Guam Cable TV, defendant Southern Media, Inc., defendant Holmes Mgt. Co., defendant Holmes Enterprises, defendant Lee M. Holmes, defendant Joan S. Holmes, defendant Holmes Cliff Corp. ) re: motion for approval of pro hac vice application of John R. Ferguson [12-li [3:00-cv-03883i](fb) [Entry date 11/17/00]

11/16/00 13  CONSENT TO DESIGNATION by defendant Western Systems Inc., defendant Guam Cable TV, defendant Southern Media, Inc., defendant Holmes Mgt. Co., defendant Holmes Enterprises, defendant Lee M. Holmes, defendant Joan S. Holmes, defendant Holmes Cliff Corp. [3:00-cv-03883] (fb) [Entry date 11/17/00 1

11/16/00 14  APPLICATION before Judge Phyllis J. Hamilton by defendant Western Systems Inc., defendant Guam Cable TV, defendant Southern Media, Inc., defendant Holmes Mgt. Co., defendant Holmes Enterprises, defendant Lee N. Holmes, defendant Joan S.Holmes, defendant Holmes Cliff Corp. for attorney Daniel E. Cohen to appear pro hac vice .Fee status paid. [3:00-cv-03883] (fb) [Entry date 11/17/00]

11/16/00 15  MOTION before Judge Phyllis J. Hamilton by defendant Western Systems Inc., defendant Guam Cable TV, defendant Southern Media, Inc., defendant Holmes Mgt. Co., defendant Holmes Enterprises, defendant Lee M. Holmes, defendant Joan S.Holmes, defendant Holmes Cliff Corp. for approval of pro hac vice application of Daniel E. Cohen [3:00-cv-03883] (fb) [Entry date 11/17/00]

11/16/00 â€" RECEIVED Proposed Order ( defendant Western Systems Inc., defendant Guam Cable TV, defendant Southern Media, Inc., defendant Holmes Mgt. Co., defendant Holmes Enterprises, defendant Lee N. Holmes, defendant Joan S. Holmes, defendant Holmes Cliff Corp. ) re: motion for approval of pro hac vice application of Daniel E. Cohen [15-1] [3:00-cv-03883] (fb) [Entry date 11/17/00]

11/16/00 16  CONSENT TO DESIGNATION by defendant Western Systems Inc., defendant Guam Cable TV, defendant Southern Media, Inc., defendant Holmes Mgt. Co., defendant Holmes Enterprises, defendant Lee M. Holmes, defendant Joan S. Holmes, defendant Holmes Cliff Corp. [3:00-cv--03883] (fb) [Entry

date 11/17/00] [Edit date 11/17/00] 11/17/00]7ORDER by Judge Phyllis J.
Hamilton granting motion for approval of pro hac vice application of John R.
Ferguson [12-1], granting motion for attorney John R. Ferguson to appear pro
hac vice . Fee status paid. [11-1] ( Date Entered: 11/21/00) (cc: all
counsel) [3:00-cv-03883] (fb) [Entry date 11/21/00]

11/17/00 18 ORDER by Judge Phyllis J. Hamilton granting motion for approval
of pro hac vice application of Daniel E. Cohen [15-1], granting motion for
attorney Daniel E. Cohen to appear pro hac vice . Fee status paid. [14-1] (
Date Entered: 11/21/00) (cc: all counsel) [3:00-cv-03883] (fb) [Entry date
11/21/00] 1/29/00]9MINUTES: ( C/R Leo Mankiewicz) ( Hearing Date: 11/29/00)
granting in part and denying in part motion to dismiss case [3-1] Order to be
prepared by Court; The Court stated it's intention to transfer the case
pursuant to 28 U.S.C. section 1404, however the parties may brief the
convenience issue first. Plaintiff's opening brief shall be filed within 2
weeks, and defendant's brief shall be filed 2 weeks thereafter. Briefs may
not exceed 10 pages in length. [3:00-cv-03883] (fb) [Entry date 11/29/00]

12/5/00 20 ORDER by Judge Phyllis J. Hamilton denying motion to dismiss case
[3-1] and permitting supplemental briefing; plaintiff shall file a brief
setting forth its opposition by 12/13/00; Defendants have two weeks to file
their response to plaintiff's brief, no later than 12/27/00. The briefs shall
be limited exclusively to the transfer of venue issue, and shall not exceed
10 pages ( Date Entered: 12/6/00) (cc: all counsel) [3:00-cv-03883i (fb)
[Entry date 12/06/00] 12/6/00--Certificate of Service Produced
[3:00-cv-03883i (lf) [Entry date 12/06/00]

12/13/00 21 MEMORANDUM by Plaintiff Cyril & Crowley LLPin opposition to
motion to transfer venue [3:00-cv-03883i(fb) [Entry date 12/14/00]
12/13/0022DECLARATION by Wendy J. Hannum on behalf of Plaintiff Cyril &
Crowley LLP re opposition memorandum [21-1i [3:00-cv-03883i (fb) [Entry date
12/14/00]

12/13/00 23 DECLARATION by John W. Crowley on behalf of Plaintiff Cyril &
Crowley LLP re opposition memorandum [21-1i [3:00-cv-03883i (fb) [Entry date
12/14/00] 12/13/0024DECLARATION by Robert B. Stringer on behalf of Plaintiff
Cyril & Crowley LLP re opposition memorandum [21-1i [3:00-cv-03883i (fb)
[Entry date 12/14/00]

12/13/00 25 ANSWER by defendant Western Systems Inc., defendant Guam Cable
TV, defendant Southern Media, Inc., defendant Holmes Mgt. Co., defendant
Holmes Enterprises, defendant Lee M. Holmes, defendant Joan S. Holmes,
defendant Holmes Cliff Corp. to removal complaint [1-1i; jury demand
[3:00-cv-03883] (fb) [Entry date 12/14/00]

12/21/00 26 DECLARATION by Robert B. Stringer on behalf of Plaintiff Cyril &
Crowley LLP [3:00-cv-03883i (fb) [Entry date 12/22/00]

12/21/00 26 EX-PARTE APPLICATION before Judge Phyllis J. Hamilton by
Plaintiff Cyril & Crowley LLP for order scheduling oral argument on court's
sua sponte motion to transfer under 28 U.S.C. Section 1404 [3:00-cv-03883i
(fb)

12/22/00 27 MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY by defendant
Western Systems Inc., defendant Guam Cable TV, defendant Southern Media,
Inc., defendant Holmes Mgt. Co., defendant Holmes Enterprises, defendant Lee
M. Holmes, defendant Joan S.Holmes, defendant Holmes Cliff Corp. re
opposition memorandum [21-1i [3:00-cv-03883i (fb) [Entry date 12/22/00]

12/22/00 28 DECLARATION by Michael G. Thornton on behalf of defendant
Western Systems Inc., defendant Guam Cable TV, defendant Southern Media,
Inc., defendant Holmes Mgt. Co., defendant Holmes Enterprises, defendant Lee

M. Holmes, defendant Joan S.Holmes, defendant Holmes Cliff Corp. re reply
[27-li [3:00-cv-03883i (fb) [Entry date 12/22/00]

1/8/01 29 REPLY to defendants' counterclaims by Plaintiff Cyril & Crowley LLP
[3:00-cv-03883i (fb) [Entry date 01/10/01]

1/8/01 30  ORDER by Judge Phyllis J. Hamilton to transfer case to Dist of:
Guam; appeal filing ddl 2/12/01 ( Date Entered: 1/12/01) (cc: all counsel)
[3:00-cv-03883i (fb) [Entry date 01/12/0h 1/9/01--Certificate of Service
Produced [3:00-cv-03883i (lf) [Entry date 01/09/01]

1/11/01 31  DEMAND for jury trial by Plaintiff Cyril & Crowley LLP
[3:O0-cv-03883i (fb) [Entry date 01/18/01]
;    [CBW EOD 02/01/2001]